# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 5:26-cv-00926-AH-AYP | Date March 5, 2026 |
| Title *Saeid Mohaghaghzadeh v. Kristi Noem et al.* | |

Present: The Honorable  Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER (DKT. NO. 2)**

On February 26, 2026, Petitioner Saeid Mohaghaghzadeh ("Petitioner") filed a petition for writ of habeas corpus against Respondents Kristi Noem, Pamela Bondi, Thomas Giles, James Pilkington, and Warden Geo Group Inc. ("Respondents"). Dkt. No. 1. On the same day, Petitioner filed a Motion for a Temporary Restraining Order ("Motion"). Dkt. No. 2. The Court ordered briefing on the Motion. Dkt. No. 7. Respondents filed a response indicating they did not have an opposition argument to present. Dkt. No. 9. On March 5, 2026, the Court held a hearing, converted the Motion to a Motion for Preliminary Injunction without objection from the parties, and issued an oral ruling.

For the reasons discussed at the hearing, the Court GRANTS Petitioner's Motion for a Preliminary Injunction. Respondents are ORDERED to immediately release Petitioner from custody and reinstate his prior Order of Supervision with no modifications and no new conditions, including electronic monitoring.

**IT IS SO ORDERED.**